CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
SEP 19 2017
JULIA C. DUDLEY, CLERK
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **LINCOLN PETERS, Plaintiff,** | ) | **Civil Action No. 7:17-cv-00329** |
| | ) | |
| | ) | **MEMORANDUM OPINION** |
| **v.** | ) | |
| | ) | **By: Jackson L. Kiser** |
| **HAROLD CLARKE,** | ) | **Senior United States District Judge** |
| **Defendant(s).** | ) | |

Lincoln Peters, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered July 31, 2017, the court directed plaintiff to submit within 20 days from the date of the Order an amended complaint to allege specific facts to state a claim upon which relief may be granted against a proper defendant. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 19th day of September, 2017.

Senior United States District Judge